**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHARLES BRICE CHAPMAN,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF OF LUBBOCK COUNTY, TEXAS, in his official capacity; and, ATTORNEY GENERAL OF THE STATE OF TEXAS, in his official capacity,<br><br>Respondents. | ) | Case No. CIV-26-1753-J |

**ORDER**

Petitioner Charles Brice Chapman, appearing pro se, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 in this Court challenging a Texas conviction. (Pet.) [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). On screening, Judge Erwin concluded that venue is improper in this Court, and he recommended the matter be transferred to the Northern District of Texas. *See* (Rep. & Rec.) [Doc. No. 14]. Petitioner objected (Pl.'s Obj.) [Doc. No. 18], triggering de novo review. *See Quint v. Vail Resorts, Inc.*, 89 F.4th 803, 808 (10th Cir. 2023).

Venue is only proper in the "judicial district in which any [respondent] resides" or the "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]" 28 U.S.C. § 1391(b)(1), (2). Noting that the events herein occurred in Texas, Judge Erwin concluded that this Court is not the proper venue. *See* Rep. & Rec. at 3.

Petitioner objects, believing Judge Erwin incorrectly assumed that he is residing in Texas, when in fact he was physically present in Oklahoma when he filed the Petition. *See* Obj. at 2. But

it is not Petitioner's residence that controls, and he has named two Texas residents as Respondents. Additionally, all the relevant conduct occurred in Texas. *See* Pet., *passim.*

In sum, the Court agrees with Judge Erwin that venue is improper in this Court. As a result, the Report and Recommendation [Doc. No. 14] is ADOPTED on de novo review and this matter with all pending motions is TRANSFERRED to the Northern District of Texas.

IT IS SO ORDERED this 1st day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE